**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **STATE AUTOMOBILE MUTUAL** | § | |
| **INSURANCE COMPANY** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **2:17-cv-00034-AM-CW** |
| | § | **Civil Action Number** |
| **LARSON PROPERTIES, INC.** | § | |
|     **Defendant.** | § | **Jury** |

### PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff, State Automobile Mutual Insurance Company ("State Auto"), in the above-entitled and numbered cause, and for its Motion to Dismiss without Prejudice states as follows:

1.  The Parties have come to a resolution of this matter and Plaintiff wishes to dismiss this matter without prejudice.

2.  Defendant, Larson Properties, Inc., has not been served and has not made an appearance in this action.

3.  State Auto requests that its Original Complaint for Declaratory Relief (Document #1) be dismissed without prejudice at the cost of the party incurring the same.

WHEREFORE, Plaintiff, State Automobile Mutual Insurance Company, respectfully requests that this action be dismissed without prejudice, and for all other relief just and proper in the premises.

Respectfully submitted,

__/s/ Sterling Elza_____

Sterling Elza
State Bar No. 24026823
Alicia A. Murphy
State Bar No. 24095005
Brown, Dean, Proctor & Howell, L.L.P.
306 West 7th Street, Suite 200
Fort Worth, Texas  76102-4905
Tel:  817/332-1391
Fax:  817/870-2427
Email: selza@browndean.com
        amurphy@browndean.com

**ATTORNEYS FOR PLAINTIFF,
STATE AUTOMOBILE MUTUAL
INSURANCE COMPANY**