UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
AUG 1 5 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,<br>Plaintiff,<br><br>v.<br><br>LARSON PROPERTIES, INC.,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>Civil Action No.<br>DR-17-CV-034–AM/CW |

## ORDER

Pending before the Court is the Plaintiff's Motion to Dismiss Without Prejudice. (ECF No. 5.) In the motion, the Plaintiff indicates that it has not yet served the Defendant, has resolved the matter, and now seeks to dismiss the case without prejudice.

After considering the motion, it is hereby **ORDERED** that the motion is **GRANTED**. Accordingly, all claims against the Defendant Larson Properties, Inc. are **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that a clerk's judgment shall issue immediately, terminating the present cause of action.

SIGNED this 15th day of August, 2017.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE